IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH J. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv670-WC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION AND JUDGMENT**

On April 2, 2008, Plaintiff Kenneth Davis (Davis) moved the Court for Entry of Final Judgment (Doc. #23). The Court previously reversed the Commissioner's decision and remanded the case to the Commissioner for further proceedings consistent with the Court's Memorandum Opinion (Doc. #18). On February 1, 2008, the presiding Administrative Law Judge determined Davis was disabled under the definition of the Social Security Act. Accordingly, it is

ORDERED that the motion (Doc. #23) is GRANTED. It is further

ORDERED, ADJUDGED, and DECREED that Judgment is entered on behalf of Davis.

DONE this 10th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE