IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH J. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv670-WC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

On April 2, 2008, Plaintiff Kenneth Davis (Davis) moved the Court for Entry of Final Judgment (Doc. #23). This Court previously reversed the Commissioner's decision and remanded the case to the Commissioner for further proceedings consistent with the Court's Memorandum Opinion (Doc. #18). On February 1, 2008, the presiding Administrative Law Judge determined Davis was disabled under the definition of the Social Security Act. Based on these facts, the undersigned entered Judgment in Davis's favor.[1] On April 22, 2008, the Commissioner moved the Court for relief from Judgment Pursuant to Federal Rule of Civil Procedure 59(e) (Doc. #25). The following day, Davis moved the Court for Leave to File a Reply Brief (Doc. #27) to the Commissioner's

---

[1] The Court points out that eight-days passed before the Court entered Judgment in this matter. The Commissioner neither moved the Court for leave to file a reply brief nor notified the Court that he desired to do so. Thus, the Court finds the Commissioner's contention that he did not have an opportunity to respond to Davis's motion disingenuous.

motion. Accordingly, it is

ORDERED that the Motion for Leave to file a Reply Brief (Doc. #27) is GRANTED. Davis shall have until May 9, 2008, to file a reply brief to the Commissioner's motion. It is further

ORDERED that the parties shall appear for a hearing on the motion on May 15, 2008, **at 10:00 a.m**. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

DONE this 24th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE