IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH J. DAVIS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )   CIVIL ACTION NO. 1:06cv670-WC |
|  | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
|  | ) |
| Defendant. | ) |

**ORDER ON MOTION**

This Court has set a hearing on the Commissioner's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 59(e) (Doc. #25) for May 15, 2008, **at 10:00 a.m**. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The Commissioner now requests that the hearing be conducted via teleconference (Doc. #29). Upon consideration of the motion (Doc. #29), and for good cause, it is

ORDERED that the motion (Doc. #29) is GRANTED.  The Commissioner shall coordinate the teleconference *with all parties* and then call the undersigned's Chambers at 10:00 a.m. on the date specified.

DONE this 28th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE