IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KENNETH J. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06cv670-WC |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On April 2, 2008, Plaintiff Kenneth Davis (Davis) moved the Court for Entry of Final Judgment (Doc. #23).  This Court previously reversed the Commissioner's decision and remanded the case to the Commissioner for further proceedings consistent with the Court's Memorandum Opinion (Doc. #18).  On February 1, 2008, the presiding Administrative Law Judge (ALJ) determined Davis was disabled under the definition of the Social Security Act.  Based on these facts, the undersigned entered Judgment in Davis's favor.  On April 22, 2008, the Commissioner moved the Court for relief from Judgment Pursuant to Federal Rule of Civil Procedure 59(e) (Doc. #25).  Davis then filed a Reply Brief in Opposition to the Commissioner's Motion (Doc. #31).

The Court held a telephone conference on the motion on May 15, 2008.  During the conference, the Court learned on remand the ALJ consolidated Davis's original application with a second, subsequent application.  The consolidation combined the two

applications into one, single case, from which the ALJ entered a partial favorable determination of disability benefits. In other words, Davis prevailed before the ALJ. Consequently, Davis is entitled to a judgment in his favor from this Court. Accordingly, it is

ORDERED that the Commissioner's Motion for relief from the Judgment (Doc. #25) is DENIED.

DONE this 15th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE