IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH J. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv670-WC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

# ORDER ON MOTION

On July 9, 2008, Plaintiff moved the Court for an award of Attorney's Fees Under the Equal Access to Justice Act (Doc. #35). The Commissioner does not contest the Motion and requests the Court award $5,250.00 in attorney's fees. Def.'s Response (Doc. #37). Accordingly, upon consideration of the Motion (Doc. #35) and the Commissioner's Response (Doc. #37), it is

ORDERED that Plaintiff's Motion (Doc. #35) for attorney's fees is GRANTED in the amount of $5,250.00. The Court awards these fees directly to Plaintiff. See 28 U.S.C. § (d)(2)(B); Reeves v. Astrue, ___ F.3d ___, 2008 WL 1930587 (11th Cir. May 5, 2008) (No. 07-11404).

DONE this 15th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE